IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EUGENE EDWARD ULRATH,

     Plaintiff,

v.                                                          4:18cv216–WS/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 29) docketed June 11, 2018. The magistrate judge recommends that the plaintiff's motions for emergency or preliminary injunctions (docs. 15, 18, & 26) be denied. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted. As did the magistrate judge, this court finds that the plaintiff has not established an adequate basis for granting injunctive relief.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motions for emergency or preliminary injunctive relief (docs. 15, 18, & 26) are DENIED.

3. The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this ___11th___ day of ____July____, 2018.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE